# United States Bankruptcy Court
**District of New Jersey**

In re    **Freight Connections Inc.**            Case No.        
                          Debtor(s)       Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer & Interim President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 1, 2023**            **/s/ Sebastian Giordano**
                                               **Sebastian Giordano**/**Interim Chief Executive Officer & Interim President**
                                               Signer/Title

```
1 Bell Drive Ridgefield NJ LLC
100 Terminal Street
Charlestown, MA 02129


456 Nordhoff Holdings LLC
5308 13th Ave Suite 602
Brooklyn, NY 11219


686 Grand Corporation
686 Grand Avenue
Ridgefield, NJ 07657


A & G Pallets
3100 Dell Ave
North Bergen, NJ 07047


Adapa
411 State Route 17
Hasbrouck Heights, NJ 07604


Alfonseca, Rafael
240 Anderson Street, Atp 4E
Hackensack, NJ 07601


Arnold, Jason
84 Boston Avenue
North Arlington, NJ 07031


Chousa, Daniel A.
610 Sewall Avenue. Apt 13R
Asbury Park, NJ 07712


CHTD Company
PO Box 2576
Springfield, IL 62708


Cole Schotz P.C.
25 Main Street
P.O. Box 800
Attn: Leo V. Leyva, Esq.
Hackensack, NJ 07602


Corbisiero, Benjamin J.
92 Summit Avenue
Waldwick, NJ 07463
```

Corbisiero, Christina
92 Summit Avenue
Waldwick, NJ 07463

Corbisiero, Joseph J.
70 Ocean Drive
Punta Gorda, FL 33950

Cougar Express - FC
PO Box 398
Valley Stream, NY 11582

CT Corporation
330 N Brand Blvd, Suite 700 Att. SPRS
Glendale, CA 91203

Diorio, Jaqueline
3031 Edwin Avenue, Apt 2G
Fort Lee, NJ 07024

Dixon, Michael M.
160 Farnham Ave, Apt #2
Lodi, NJ 07644

Enderica, Yesenia P.
18 Alfred Avenue, 2nd Floor
Passaic, NJ 07055

Estes Express Lines
PO Box 25612
Richmond, VA 23260-5612

Evans Quality Coffee Service
152 Redneck Avenue
Moonachie, NJ 07074

F&T Trucking, Inc - FC
6900 Nolan Avenue
North Bergen, NJ 07047

Flores, Guillermo
4409 Palisades Avenue, #8
Union City, NJ 07087

```
Freight Connections LLC
2531 94th Street
North Bergen, NJ 07047


Frey, Antonella
521 South Sterling Road
South Sterling, PA 18460


Gad, Nicole
310 Prospect Avenue, Apt 302
Hackensack, NJ 07601


Gerber Companies LLC - FC
PO BOX 215
Stilwell, KS 66085


Glen Raven Logistics
PO Box 602308
Charlotte, NC 28260-2308


Helmbold, Tristan
29 Lindbergh Parkway
Waldwick, NJ 07463


Hercules Industrial Equipment, LLC
129 Lincoln Blvd.
Middlesex, NJ 08846


Hiza & Hiza, LLC
516 Lafayette Avenue
Hawthorne, NJ 07506


Horizon Advisors - FC



HYG Financial Services, Inc.
PO Box 35701
Billings, MT 59107


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
```

```
International Plastics Co.
PO Box 60974
Staten Island, NY 10306


IPFS Corporation
PO Box 412086
Kansas City, MO 64141-2086


Ivey, Eugene
3550 Bivona Street, 3H
Bronx, NY 10475


Ivey, Racorda D.
432 East 3rd Street
Mount Vernon, NY 10553


JACKPOT PETROLEUM 35629
1616 Bergen Blvd
Fort Lee, NJ 07024


Johnson, Batron R.
1181 Summit Avenue
Teaneck, NJ 07666


Joseph Corbisiero
6 Maryland Road
Tuckerton, NJ 08087


Joseph, Terrell M.
92 Neptune Avenue
Jersey City, NJ 07305


K.W Rastall Oil
PO Box 7174
North Brunswick, NJ 08902


King Cargo, Ltd
830 W State Rte 22 Ste 130
Lake Zurich, IL 60047


Kolakowski, Richard J.
```

Lamorte, Joseph W.

Law Office of John M. Palm, LLC
High Ridge Commons, Suite 101
200 Haddonfield-Berlin Rd.
Gibbsboro, NJ 08026

Law Offices Of Lorne M Reiter
124 1St Ave
Atlantic Highlands, NJ 07716

Lopez, Francisco
730 Allen Street
Linden, NJ 07036

m2 Equipment Finance LLC
175 N. Partrick Blvd., Ste 140
Brookfield, WI 53045

Martinez-Lucero, Luis
156 Van Buren Street
Passaic, NJ 07055

Master Truck Solutions
PO Box 608
Ridgefield Park, NJ 07660

Master Truck Solutions Inc - FC (Dumpste
PO Box 608
Ridgefield Park, NJ 07660

Mediterranean Shipping Company (USA) Inc
420 Fifth Avenue
New York, NY 10018

Mode Transportation, LLC
14785 Preston Road, Ste 850
Dallas, TX 75254

National Road Services
PO Box 8357
Jersey City, NJ 07308

```
Navitend
23 US Highway 206
Stanhope, NJ 07874


Network Digital
PO Box 779
Pine Brook, NJ 07058


New Jersey Division of Taxation
Compliance and Enforcement - Bankr. Unit
3 John Fitch Way, 5th Fl, PO Box 245
Trenton, NJ 08695-0245


NJ Manufacturers Insurance Co
301Sullivan Way
Trenton, NJ 08628


Oborski Areston, Hugo
841 Madison Avenue, Apt 1B
Elizabeth, NJ 07201


Pamela Simmons, Esq.
4500 Salisbury Road, Suite 305
Jacksonville, FL 32216


PARACO Gas - FC
PO Box 412227
Boston, MA 02241-2227


Pearce Law, LLC
25 Main Street
Court Plaza North, Suite 602
Hackensack, NJ 07601


Pearce Law, LLC Attorney Trust Acct
Court Plaza North
25 Main Street, Suite 602
Hackensack, NJ 07601-9007


POP Architecture DPC
215 Park Avenue South, 11th Fl
New York, NY 10003
```

Powers, Melissa D.
1014 Terry Road
Ronkonkoma, NY 11779


Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard, Ste 380
Woodcliff Lake, NJ 07677


Proenca, Armando A.
1213 South Long Avenue
Hillside, NJ 07205


PromptMD
309 1st Street
Hoboken, NJ 07030


Roadvision
2 Buck Road, Suite 8
Hanover, NH 03755


Roman, Cristina
600 Timpson Place, 5C
Bronx, NY 10455


Schiavo, Vincenzo
60n Avenue, apt 302
Jersey City, NJ 07305


Senderovych, Artem
328 Bridge Plaza North
Fort Lee, NJ 07024


Shalhoub, David
346 Larch Avenue
Bogota, NJ 07603


Smith-Cargo Transportation
Dept AT 952490
Atlanta, GA 31192-2490


Tiger Zone (Exxon)
1616 Bergen Blvd
Fort Lee, NJ 07024

```
Tumino's Towing, Inc.
37 Emerson Street
Ridgefield Park, NJ 07660


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Vandaleigh LLC
PO Box 208
Towaco, NJ 07082-0208


Ward Trucking
PO Box 1553
Altoona, PA 16603


Werner Logistics
39365 Treasury Center
Chicago, IL 60694-9300
```