FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| CASE NUMBER: 23−21225−RG | DATE FILED:: 12/1/23 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Freight Connections Inc.<br><br>61−1795163 | ADDRESS OF DEBTOR(S):<br><br>1 Bell Dr<br>Ridgefield, NJ 07657 |
| DEBTOR'S ATTORNEY:<br>Warren J. Martin Jr.<br>Porzio, Bromberg & Newman<br>100 Southgate Parkway<br>Morristown, NJ 07962−1997<br><br>(973) 889−4006 | TRUSTEE:<br>Steven P. Kartzman<br>Mellinger Kartzman LLC<br>101 Gibraltar Drive, Suite 2F<br>07950<br>Morris Plains, NJ 07950<br>973−267−0220 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

4/11/24

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: January 16, 2024                                     FOR THE COURT
                                                            Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21225-RG |
| Freight Connections Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 16, 2024 | Form ID: noa | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Freight Connections Inc., 1 Bell Dr, Ridgefield, NJ 07657-2153 |
| auc | + | A.J. Willner Auctions, PO Box 1012, Springfield, NJ 07081-5012 |
| cr | + | Joseph J Corbisiero, 6 Maryland Road, Little Egg Harbor, NJ 08087-1019 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| none | | Slurry Master TMI, vat. No. FI2354918-6, Helsinki, FINLAND |
| 520101055 | + | 1 BELL DRIVE RIDGEFIELD NJ LLC, 100 TERMINAL STREET, CHARLESTOWN, MA 02129-1980 |
| 520101056 | + | 456 NORDHOFF HOLDINGS LLC, 5308 13TH AVE SUITE 602, BROOKLYN, NY 11219-5198 |
| 520101057 | + | 686 GRAND CORPORATION, 686 GRAND AVENUE, RIDGEFIELD, NJ 07657-1529 |
| 520101058 | + | A & G PALLETS, 3100 DELL AVE, NORTH BERGEN, NJ 07047-2372 |
| 520101059 | + | ADAPA, 411 STATE ROUTE 17, HASBROUCK HEIGHTS, NJ 07604-3016 |
| 520101060 | + | ALFONSECA, RAFAEL, 240 ANDERSON STREET, ATP 4E, HACKENSACK, NJ 07601-3515 |
| 520101061 | + | ARNOLD, JASON, 84 BOSTON AVENUE, NORTH ARLINGTON, NJ 07031-5117 |
| 520101062 | + | CHOUSA, DANIEL A., 610 SEWALL AVENUE. APT 13R, ASBURY PARK, NJ 07712-6555 |
| 520101063 | + | CHTD COMPANY, PO BOX 2576, SPRINGFIELD, IL 62708-2576 |
| 520101064 | + | COLE SCHOTZ P.C., 25 MAIN STREET, P.O. BOX 800, ATTN: LEO V. LEYVA, ESQ., HACKENSACK, NJ 07602-0800 |
| 520101065 | + | CORBISIERO, BENJAMIN J., 92 SUMMIT AVENUE, WALDWICK, NJ 07463-1916 |
| 520101066 | + | CORBISIERO, CHRISTINA, 92 SUMMIT AVENUE, WALDWICK, NJ 07463-1916 |
| 520101067 | + | CORBISIERO, JOSEPH J., 70 OCEAN DRIVE, PUNTA GORDA, FL 33950-5081 |
| 520101070 | + | DIORIO, JAQUELINE, 3031 EDWIN AVENUE, APT 2G, FORT LEE, NJ 07024-3621 |
| 520101071 | + | DIXON, MICHAEL M., 160 FARNHAM AVE, APT #2, LODI, NJ 07644-1002 |
| 520101072 | + | ENDERICA, YESENIA P., 18 ALFRED AVENUE, 2ND FLOOR, PASSAIC, NJ 07055-2035 |
| 520101073 | | ESTES EXPRESS LINES, PO BOX 25612, RICHMOND, VA 23260-5612 |
| 520101074 | + | EVANS QUALITY COFFEE SERVICE, 152 REDNECK AVENUE, MOONACHIE, NJ 07074-1002 |
| 520101075 | + | F&T TRUCKING, INC - FC, 6900 NOLAN AVENUE, NORTH BERGEN, NJ 07047-4594 |
| 520101076 | + | FLORES, GUILLERMO, 4409 PALISADES AVENUE, #8, UNION CITY, NJ 07087-7528 |
| 520101077 | + | FREIGHT CONNECTIONS LLC, 2531 94TH STREET, NORTH BERGEN, NJ 07047-1411 |
| 520101078 | + | FREY, ANTONELLA, 521 SOUTH STERLING ROAD, SOUTH STERLING, PA 18460-8024 |
| 520101079 | + | GAD, NICOLE, 310 PROSPECT AVENUE, APT 302, HACKENSACK, NJ 07601-7764 |
| 520101080 | + | GERBER COMPANIES LLC - FC, PO BOX 215, STILWELL, KS 66085-0215 |
| 520101081 | | GLEN RAVEN LOGISTICS, PO BOX 602308, CHARLOTTE, NC 28260-2308 |
| 520101082 | + | HELMBOLD, TRISTAN, 29 LINDBERGH PARKWAY, WALDWICK, NJ 07463-1326 |
| 520101083 | + | HERCULES INDUSTRIAL EQUIPMENT, LLC, 129 LINCOLN BLVD., MIDDLESEX, NJ 08846-1046 |
| 520101084 | + | HIZA & HIZA, LLC, 516 LAFAYETTE AVENUE, HAWTHORNE, NJ 07506-2422 |
| 520120769 | + | Horizon Advisors, 515 S. Flower St., Floor 18, Los Angeles, CA 90071-2201 |
| 520101088 | + | INTERNATIONAL PLASTICS CO., PO BOX 60974, STATEN ISLAND, NY 10306-0974 |
| 520101090 | + | IVEY, EUGENE, 3550 BIVONA STREET, 3H, BRONX, NY 10475-1422 |
| 520101091 | + | IVEY, RACORDA D., 432 EAST 3RD STREET, MOUNT VERNON, NY 10553-5100 |
| 520101092 | | JACKPOT PETROLEUM 35629, 1616 BERGEN BLVD, FORT LEE, NJ 07024 |
| 520101093 | + | JOHNSON, BATRON R., 1181 SUMMIT AVENUE, TEANECK, NJ 07666-5832 |
| 520101094 | + | JOSEPH CORBISIERO, 6 MARYLAND ROAD, TUCKERTON, NJ 08087-1019 |
| 520101095 | + | JOSEPH, TERRELL M., 92 NEPTUNE AVENUE, JERSEY CITY, NJ 07305-3906 |

Case 23-21225-RG   Doc 97   Filed 01/18/24   Entered 01/19/24 00:18:20   Desc Imaged
                           Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: noa | Total Noticed: 91 |

| | | |
|---|---|---|
| 520101096 | + | K.W RASTALL OIL, PO BOX 7174, NORTH BRUNSWICK, NJ 08902-7174 |
| 520101097 | + | KING CARGO, LTD, 830 W STATE RTE 22 STE 130, LAKE ZURICH, IL 60047-2560 |
| 520101100 | + | LAW OFFICE OF JOHN M. PALM, LLC, HIGH RIDGE COMMONS, SUITE 101, 200 HADDONFIELD-BERLIN RD., GIBBSBORO, NJ 08026-1239 |
| 520101101 | + | LAW OFFICES OF LORNE M REITER, 124 1ST AVE, ATLANTIC HIGHLANDS, NJ 07716-1239 |
| 520101102 | + | LOPEZ, FRANCISCO, 730 ALLEN STREET, LINDEN, NJ 07036-1223 |
| 520101103 | #+ | M2 EQUIPMENT FINANCE LLC, 175 N. PARTRICK BLVD., STE 140, BROOKFIELD, WI 53045-5811 |
| 520101104 | + | MARTINEZ-LUCERO, LUIS, 156 VAN BUREN STREET, PASSAIC, NJ 07055-8467 |
| 520101105 | + | MASTER TRUCK SOLUTIONS, PO BOX 608, RIDGEFIELD PARK, NJ 07660-0608 |
| 520101106 | + | MASTER TRUCK SOLUTIONS INC - FC (DUMPSTE, PO BOX 608, RIDGEFIELD PARK, NJ 07660-0608 |
| 520101107 | + | MEDITERRANEAN SHIPPING COMPANY (USA) INC, 420 FIFTH AVENUE, NEW YORK, NY 10018-2709 |
| 520101108 | + | MODE TRANSPORTATION, LLC, 14785 PRESTON ROAD, STE 850, DALLAS, TX 75254-9159 |
| 520107532 | + | Michael Maurice Dixon, 160 farnham Ave, #2, Lodi, NJ 07644-1002 |
| 520101109 | + | NATIONAL ROAD SERVICES, PO BOX 8357, JERSEY CITY, NJ 07308-8357 |
| 520101110 | + | NAVITEND, 23 US HIGHWAY 206, STANHOPE, NJ 07874-3280 |
| 520101111 | + | NETWORK DIGITAL, PO BOX 779, PINE BROOK, NJ 07058-0779 |
| 520101113 | + | NJ MANUFACTURERS INSURANCE CO, 301SULLIVAN WAY, TRENTON, NJ 08628-3496 |
| 520101114 | + | OBORSKI ARESTON, HUGO, 841 MADISON AVENUE, APT 1B, ELIZABETH, NJ 07201-1346 |
| 520101115 | + | PAMELA SIMMONS, ESQ., 4500 SALISBURY ROAD, SUITE 305, JACKSONVILLE, FL 32216-8057 |
| 520101116 | | PARACO GAS - FC, PO BOX 412227, BOSTON, MA 02241-2227 |
| 520101118 | | PEARCE LAW, LLC ATTORNEY TRUST ACCT, COURT PLAZA NORTH, 25 MAIN STREET, SUITE 602, HACKENSACK, NJ 07601-9007 |
| 520101119 | + | POP ARCHITECTURE DPC, 215 PARK AVENUE SOUTH, 11TH FL, NEW YORK, NY 10003-1626 |
| 520101120 | + | POWERS, MELISSA D., 1014 TERRY ROAD, RONKONKOMA, NY 11779-4736 |
| 520101121 | + | PRICE, MEESE, SHULMAN & D ARMINIO, P.C., 50 TICE BOULEVARD, STE 380, WOODCLIFF LAKE, NJ 07677-7681 |
| 520101122 | + | PROENCA, ARMANDO A., 1213 SOUTH LONG AVENUE, HILLSIDE, NJ 07205-2760 |
| 520101123 | + | PROMPTMD, 309 1ST STREET, HOBOKEN, NJ 07030-2440 |
| 520132934 | + | Porzio, Bromberg & Newman, P.C., Counsel to the Debtor, 1675 Broadway, Ste 1810, New York, NY 10019-5820, Attn: Paris Gyparakis, Esq. |
| 520101124 | + | ROADVISION, 2 BUCK ROAD, SUITE 8, HANOVER, NH 03755-2715 |
| 520101125 | + | ROMAN, CRISTINA, 600 TIMPSON PLACE, 5C, BRONX, NY 10455-3852 |
| 520101126 | | SCHIAVO, VINCENZO, 60N AVENUE, APT 302, JERSEY CITY, NJ 07305 |
| 520101127 | + | SENDEROVYCH, ARTEM, 328 BRIDGE PLAZA NORTH, FORT LEE, NJ 07024-5012 |
| 520101128 | + | SHALHOUB, DAVID, 346 LARCH AVENUE, BOGOTA, NJ 07603-1008 |
| 520101129 | | SMITH-CARGO TRANSPORTATION, DEPT AT 952490, ATLANTA, GA 31192-2490 |
| 520126132 | + | Slurry Master TMI, Charles D. Whelan III, Esq., Blick Law LLC, 220 Davidson Avenue, Suite 300, Somerset, NJ 08873-4144 |
| 520101130 | | TIGER ZONE (EXXON), 1616 BERGEN BLVD, FORT LEE, NJ 07024 |
| 520101131 | + | TUMINO'S TOWING, INC., 37 EMERSON STREET, RIDGEFIELD PARK, NJ 07660-2008 |
| 520101132 | | U.S. SMALL BUSINESS ADMINISTRATION, 2 NORTH STREET, SUITE 320, BIRMINGHAM, AL 35203 |
| 520101133 | | VANDALEIGH LLC, PO BOX 208, TOWACO, NJ 07082-0208 |
| 520101134 | + | WARD TRUCKING, PO BOX 1553, ALTOONA, PA 16603-1553 |
| 520101135 | | WERNER LOGISTICS, 39365 TREASURY CENTER, CHICAGO, IL 60694-9300 |
| 520105255 | + | Werner Enterprises Inc, 39365 Treasury Crt, Chicago, IL 60694-9300 |

TOTAL: 81

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | | |
| | | | Jan 16 2024 22:56:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Jan 16 2024 22:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Jan 16 2024 22:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | | |
| | | | Jan 16 2024 22:57:00 | Contract Leasing Corp., c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520101069 | | ^ MEBN | | |
| | | | Jan 16 2024 22:30:39 | CT CORPORATION, 330 N BRAND BLVD, SUITE 700 ATT. SPRS, GLENDALE, CA 91203-2336 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: noa | Total Noticed: 91 |

| 520101086 | + EDI: WFFC | Jan 17 2024 03:17:00 | HYG FINANCIAL SERVICES, INC., PO BOX 35701, BILLINGS, MT 59107-5701 |
| 520101087 | EDI: IRS.COM | Jan 17 2024 03:17:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 520101089 | Email/Text: ipfscollectionsreferrals@ipfs.com | Jan 16 2024 22:58:00 | IPFS CORPORATION, PO BOX 412086, KANSAS CITY, MO 64141-2086 |
| 520101117 | + Email/Text: jhorton@pearcelaw1.com | Jan 16 2024 22:59:00 | PEARCE LAW, LLC, 25 MAIN STREET, COURT PLAZA NORTH, SUITE 602, HACKENSACK, NJ 07601-7015 |
| 520101112 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 16 2024 22:56:00 | NEW JERSEY DIVISION OF TAXATION, COMPLIANCE AND ENFORCEMENT - BANKR. UNIT, 3 JOHN FITCH WAY, 5TH FL, PO BOX 245, TRENTON, NJ 08695-0245 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| app | | A. Atkins Appraisal Corporation |
| none | | Professional 03 Logistics LLC |
| acc | | Withum Smith & Brown PC |
| 520101085 | | HORIZON ADVISORS - FC |
| 520101098 | | KOLAKOWSKI, RICHARD J. |
| 520101099 | | LAMORTE, JOSEPH W. |
| 520101068 | ##+ | COUGAR EXPRESS - FC, PO BOX 398, VALLEY STREAM, NY 11582-0398 |

TOTAL: 6 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024                     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles D Whelan, III | on behalf of Unknown Role Type Slurry Master TMI whelaw@ix.netcom.com |
| Jeffery M. Sauer | on behalf of Creditor Joseph J Corbisiero jsauer@coleschotz.com |
| Jerrold S. Kulback | on behalf of Creditor Ward Transport & Logistics Corp. jkulback@archerlaw.com  chansen@archerlaw.com |
| Leo V. Leyva | on behalf of Creditor Joseph J Corbisiero lleyva@coleschotz.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 16, 2024 | Form ID: noa | Total Noticed: 91 |

Matthew Francis Kye
  on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Rebecca K. McDowell
  on behalf of Creditor Contract Leasing Corp. rmcdowell@slgcollect.com anovoa@slgcollect.com

Sam Della Fera, Jr
  on behalf of Creditor 1 Bell Drive Ridgefield NJ LLC sdellafera@csglaw.com

Steven A. Jayson
  on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
  jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
  on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
  nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
  Trustee@msklaw.net
  nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

Warren J. Martin, Jr.
  on behalf of Debtor Freight Connections Inc. wjmartin@pbnlaw.com
  mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Warren J. Martin, Jr.
  on behalf of Interested Party Transportation and Logistics Systems Inc. wjmartin@pbnlaw.com,
  mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

TOTAL: 13