**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **FREIGHT CONNECTIONS INC.,** | Chapter 7 |
| Debtor. | Case No.: 23-21225 (RG) |
| | Honorable Rosemary Gambardella |

**CERTIFICATION OF STEVEN A. JAYSON IN FURTHER SUPPORT OF THE CHAPTER 7 TRUSTEE'S NOTICE OF ABANDONMENT OF THE 1997 STRICKLAND 53' TRAILER**

STEVEN A. JAYSON, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey and a senior associate at Mellinger Kartzman LLC. Our firm serves as counsel to Steven P. Kartzman, Chapter 7 Trustee (the "Trustee" or "Kartzman") in the captioned case and I have full knowledge of the facts and circumstances hereof. I make this Certification in Further Support of the Chapter 7 Trustee's Notice of Abandonment of the 1997 Strickland 53' Trailer (the "NPA").

2. On February 22, 2024, counsel for the Trustee filed a Notice of Abandonment for a 1997 Strickland 53' Trailer with VIN XXX6449 (the "Trailer"). The hearing date is March 26, 2024. [Dkt. No. 136]. The Trustee requested the Court grant the NPA due to the Trailer having the roof ripped off, and having no value. [Dkt. No. 136].

3. On March 19, 2024, counsel for the Landlord filed an objection to the NPA. [Dkt. No. 149].

4.  The objection is unnecessary, as the Trailer has already been removed from the Landlord's property. Attached as **Exhibit "A"** is email correspondence between the Trustee and Joseph Corbisiero dated February 16, 2024, wherein Joseph Corbisiero confirms that he picked up the Trailer in question and removed it from the property on February 15, 2024. (**Exhibit "A"**).

5.  Accordingly, the Landlord has no basis to object to the Notice of Abandonment, as the Trailer in question was already removed from its property.

I hereby certify that the foregoing is true. I understand that if any of the foregoing is willfully false, I am subject to punishment.

*Steven A. Jayson*
STEVEN A. JAYSON, ESQ.

Dated: March 22, 2024