**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on March 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>**FREIGHT CONNECTIONS INC.,**<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 23-21225 (RG)<br><br>Chapter 7<br><br>Hearing Date: March 26, 2024 at 10:00 a.m.<br><br>Honorable Rosemary Gambardella |

**ORDER DIRECTING FLAGSTAR BANK, N.A. TO TURNOVER PROPERTY OF THE ESTATETO THE TRUSTEE PURSUANT TO 11 U.S.C. § 542(a)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 27, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:     Freight Connections Inc.
Case No.:   23-21225 (RG)
Caption:    Order Directing Flagstar Bank, N.A. to Turnover Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a)

---

This matter having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger Kartzman LLC, for entry of an order directing Flagstar Bank, N.A. to turnover property of the estate to the Trustee pursuant to 11 U.S.C. § 542(a) (the "Motion"); and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1. Flagstar Bank, N.A. be, and is hereby, directed to turnover over to the Trustee the the sum of $1,137.98 from Account No. 1504157624 and the sum of $13,790.66 from Account No. 1504157667 within ten (10) days of the entry of this Order.

2. Flagstar Bank, N.A. be and is hereby, directed to produce copies of bank statements for any and all accounts held by the Debtor at Flagstar Bank, N.A. from the December 1, 2023 Petition Date through the date of turnover of the funds described in Paragraph one (1) above, within ten (10) days of the entry of this Order.

3. The Trustee shall be allowed reasonable attorneys' fees and expenses incurred in connection with the preparation, filing and prosecution of the Motion. The Trustee shall submit a certification detailing the fees and expenses incurred to the Court, along with a proposed order, on notice to Flagstar Bank, N.A.

4. The Trustee shall serve a copy of this Order on all interested parties within seven (7) days from the date of entry.