Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23–21225–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Freight Connections Inc.
   1 Bell Dr
   Ridgefield, NJ 07657

Social Security No.:

Employer's Tax I.D. No.:
   61–1795163

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 27, 2024, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 155 – 143
Order Granting Motion for Turnover of Property (Related Doc # 143). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/27/2024. (car)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 27, 2024
JAN: car

Jeanne Naughton
Clerk