**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman,*
*Chapter 7 Trustee*



Order Filed on July 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| **In re:** | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **FREIGHT CONNECTIONS INC.,** | Chapter 7     Hearing date July 11, 2024 |
| Debtor. | Case No. 23-21225 (RG) |
|  | The Honorable Rosemary Gambardella |

**ORDER PURSUANT TO 11 U.S.C. § 105 ENFORCING ORDER COMPELLING COMPLIANCE WITH SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE AND FOR SANCTIONS PURSUANT TO Fed. R. Bankr. P. 2004 AND 9016 AND Fed. R. Civ. P. 45, AWARDING TRUSTEE ATTORNEY'S FEES AND COSTS, AND SANCTIONING ABRAHAM EHRENREICH**

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 11, 2024**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:     Freight Connections Inc.
Case No.:   23-21225 (RG)
Caption:    Order Pursuant to 11 U.S.C. § 105 Enforcing Order Compelling Compliance with Subpoena in a Case Under the Bankruptcy Code and for Sanctions Pursuant to FED. R. BANKR. P. 2004 and 9016 and FED. R. CIV. P. 45, Awarding Trustee Attorney's Fees and Costs, and Sanctioning Abraham Ehrenreich

---

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), on Application for the entry of an Order Pursuant to 11 U.S.C. § 105 Enforcing Order Compelling Compliance with Subpoena in a Case Under the Bankruptcy Code and for Sanctions Pursuant to FED. R. BANKR. P. 2004 and 9016 and FED. R. CIV. P. 45, Awarding Trustee Attorney's Fees and Costs, and Sanctioning Abraham Ehrenreich (the "Application"); and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Abraham Ehrenreich shall comply with the terms of the Order Compelling Compliance with Subpoena in Case Under the Bankruptcy Code and for Sanctions [Dkt. No. 174], within ten (10) days from the date of this Order.

2. Abraham Ehrenreich ("Ehrenreich"), having knowingly failed to comply with a valid order of this Court, is found to be in civil contempt. Sanctions shall be imposed against Abraham Ehrenreich as follows: (i) Abraham Ehrenreich shall pay to the Trustee the sum of $100 per day until he produces all of the documents requested in Schedule A to the Subpoena; and (ii) Abraham Ehrenreich shall pay the Trustee's attorneys' fees and costs incurred in connection with obtaining this Order.

3. Within sixty (60) days from the date hereof, the attorneys for the Trustee may submit to Abraham Ehrenreich a statement itemizing the fees and costs incurred in preparing, serving and prosecuting the Motion. Ehrenreich shall remit payment to the Trustee for said fees and costs within ninety (90) days from the date hereof.

| | |
|---|---|
| Debtor: | Freight Connections Inc. |
| Case No.: | 23-21225 (RG) |
| Caption: | Order Pursuant to 11 U.S.C. § 105 Enforcing Order Compelling Compliance with Subpoena in a Case Under the Bankruptcy Code and for Sanctions Pursuant to FED. R. BANKR. P. 2004 and 9016 and FED. R. CIV. P. 45, Awarding Trustee Attorney's Fees and Costs, and Sanctioning Abraham Ehrenreich |

4.   The Sanction amounts set forth in Paragraph 3 of this Order shall be fixed by the Court upon submission of an additional Application and Order upon Abraham Ehrenreich's compliance with the Subpoena and all prior Orders of the Court related to the civil contempt.

5.   A copy of this Order shall be served on all parties hereto within five (5) days from the date hereof.

Case 23-21225-RG    Doc 195    Filed 07/11/24    Entered 07/11/24 17:17:07    Desc Main
Document    Page 3 of 3