Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                            Case No.: 23−21225−RG
                                            Chapter: 7
                                            Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Freight Connections Inc.
    1 Bell Dr
    Ridgefield, NJ 07657

Social Security No.:

Employer's Tax I.D. No.:
    61−1795163

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on July 11, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 195 − 190
Order Granting Motion For Other Sanctions re: Failure To Comply With A Valid Order Of This Court (Related Doc # 190). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/11/2024. (car)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 11, 2024
JAN: car

                                                                                     Jeanne Naughton
                                                                                     Clerk